UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Raymond Shorter,

Plaintiff,

vs.

St. Cloud State University, a Minnesota State University,

Defendant.

Civil File No. 00-CV-1314 RHK/RLE

**STIPULATION**

Plaintiff Raymond Shorter and Defendant St. Cloud State University, a Minnesota State University, by and through their respective attorneys, agree to the Court immediately executing and filing the proposed, attached Order.

Dated: 6-13-00

LESLIE L. LIENEMANN
Atty. Reg. No. 230194

8400 Lyndale Avenue South
Suite 7
Bloomington, MN 55420
(952) 346-0619

ATTORNEYS FOR PLAINTIFF

Dated: 6-13-00

MIKE HATCH
Attorney General
State of Minnesota

KURT J. ERICKSON
Assistant Attorney General
Atty. Reg. No. 158380

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 282-5725 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT

AG: 390776,v. 01

FILED JUN 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 00-CV-1314 RHK/RLE

Raymond Shorter,

Plaintiff,

**ORDER**

vs.

St. Cloud State University, a Minnesota State University,

Defendant.

Based upon the Stipulation entered into by Plaintiff Raymond Shorter and Defendant St. Cloud State University, a Minnesota State University, the Court makes the following:

**ORDER**

The time period for Defendant St. Cloud State University, a Minnesota State University, to respond to Plaintiff's Summons and Complaint is extended to June 28, 2000.

IT IS SO ORDERED.

Dated: June 16, 2000

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

AG: 390794,v. 01

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ______
DEPUTY CLERK ______