UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Raymond Shorter,

Plaintiff,

vs.

St. Cloud State University, a Minnesota State University,

Defendant.

Civil File No. 00-CV-1314 RHK/RLE

**ORDER**

Based upon the Stipulation entered into by Plaintiff Raymond Shorter and Defendant St. Cloud State University, a Minnesota State University, the Court makes the following:

**ORDER**

The Court's September 7, 2000 Pretrial Order in the above-entitled action is amended to allow expert witness disclosures by Defendant by April 1, 2001. The Order is further amended to allow disclosure of rebuttal witnesses by Plaintiff by April 15, 2001.

**IT IS SO ORDERED.**

Dated: February 20, 2001.

RAYMOND L. ERICKSON
United States Magistrate Judge

AG: 453539,v. 01

12

FEB 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD