CV00-1314
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **October 1, 2001. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: May 21, 2001.

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

| | | |
|---|---|---|
| 1. | Keystone Retaining Wall Systems Inc., | J. Thomas Vitt<br>612-340-2600 |
| | vs CV 00-496 RHK/SRN<br>JURY | |
| | Rockwood Retaining Walls Inc. | Malcolm Moore<br>612-332-8200 |
| 2. | Soonan Anderson<br>Grant Anderson | Thomas Schaefer<br>952-896-3700 |
| | vs CV 00-1185 RHK/JMM<br>JURY | |
| | Black & Decker (US) Inc. | Russell Ponessa<br>612-333-3434 |
| 3. | Roger J. Elm | Thomas Harlan<br>612-692-3950 |
| | vs CV 00-1818 RHK/JMM<br>COURT | |
| | Jeff Boyle, Officer, individually and as an officer of the Oakdale Police Department, ETAL | Pierre Regnier<br>651-290-6500 |
| 4. | Holiday Hospitality Franchising Inc. | James Forman<br>612-340-7951 |
| | vs CV 00-1904 RHK/RLE<br>JURY | |
| | Brainerd Mills Loding Limited Partnership etal | Joseph Thomson<br>612-371-3211 |

| | | |
|---|---|---|
| 5. | Raymond Shorter | Leslie Lienemann<br>952-346-0619 |
| | vs CV 00-1314 RHK/RLE<br>JURY | |
| | St. Cloud State University | Kurt Erickson<br>651-282-5700 |
| 6. | Clifford G. Tamplin | Thomas Glennon<br>612-347-0426 |
| | vs CV 00-1957 RHK/JMM<br>JURY | |
| | DIAGEO, Inc. as successor<br>in interest of Grand Metroplitan | Patricia Bloodgood<br>612-339-6900<br>Linda Schwartz<br>612-340-4041 |