**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RAYMOND SHORTER

Plaintiff,

vs. C00-1314 RHK/RLE

ST. CLOUD STATE UNIVERSITY, A
Minnesota State University

Defendant.

**NOTICE OF MOTION HEARING**

Defendant's Motion for Summary Judgment hearing has been re-scheduled to July 2, 2001 at 10:30 AM, before Judge Richard H. Kyle, in 205 USPO Building, 118 South Mill Street, Fergus Falls, MN.

June 14, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED JUN 14 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______