# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Raymond Shorter

Case No. Civil 00-1314RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

St. Cloud State University

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: August 14, 2001

RICHARD D. SLETTEN, CLERK

______________________________
Denise La Fond, Deputy Clerk